UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CHRIS SCOTT, ET AL.,**<br><br>Defendants. | Case No. ED CV 16-00776 WDK-PLA<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Chris Scott, individually and d/b/a O'Leary's Irish Pub and George Edward Scott, individually and d/b/a O'Leary's Irish Pub, upon the Court's grant of summary judgment in favor of plaintiff. [*See* Doc. No. 36.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Chris Scott, individually and d/b/a O'Leary's Irish Pub and George Edward Scott, individually and d/b/a O'Leary's Irish Pub, shall pay the plaintiff, J & J Sports Productions, Inc., $3,500.00 in total damages. Pursuant to Local Rules 54-10 and 54-11 plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.

///

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: October 25, 2018

*[signature]*

_____
William Keller
United States District Judge